UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br> PLAINTIFF <br><br> v. <br><br> JENNIFER R. NOYES, <br><br> DEFENDANT | CIVIL ACTION NO.: <br> 2:25-cv-00157-SDN <br><br> **STATUS REPORT** |

Now comes the United States Department of Agriculture through its counsel and reports on the status of the above-captioned matter as follows:

1. The Plaintiff has sent the mediation fee to the appropriate Foreclosure Diversion Program Court and is awaiting information regarding the mediation session scheduling information.

2. Additionally, Defendant Jennifer R. Noyes is actively working with an Avesta Housing Counselor with regard to the Mortgage in question and Plaintiff, United States Department of Agriculture has been providing requested documentation to Defendant and Avesta Housing when requested.

Dated this June 23, 2025

/s/ *Kevin J. Crosman*
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff

JENSEN BAIRD
Ten Free Street
PO Box 4510
Portland, Maine 04112-4510
(207) 775-7271
kcrosman@jensenbaird.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2025, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

The following parties were notified by First Class Mail, Postage Pre-Paid:

Jennifer R. Noyes
99 Longwoods Road
Falmouth, ME  04105

Dated at Portland, Maine, this June 23, 2025.

/s/ *Kevin J. Crosman*
_____
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff