UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES DEPARTMENT OF AGRICULTURE**, <br><br> Plaintiff, <br><br> v. <br><br> **JENNIFER R. NOYES**, <br><br> Defendant, | CASE NO. **2:25-cv-00157-SDN** |

## STIPULATION OF DISMISSAL

Plaintiff United States Department of Agriculture and Defendant Jennifer R. Noyes, each through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal of the above-referenced action with prejudice and without costs to either party.

Dated: 9/12/2025

/s/ Kevin J. Crosman
Kevin J. Crosman, Esq.
10 Free Street, PO BOX 4510
Portland, ME 04112
T: 207-775-7271
E: KCrosman@jensenbaird.com

*Attorneys for Plaintiff*

Dated: 9/12/2025

/s/ Jennifer (Noyes) Terison
Jennifer (Noyes) Terison
99 Longwoods Road
Falmouth, ME 04105
207-699-7047
Busibutterfly@yahoo.com

*Defendant, pro se*