UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br> PLAINTIFF <br><br> v. <br><br> JENNIFER NOYES, <br><br> DEFENDANT | CIVIL ACTION NO.: <br> 2:25-cv-00157-SDN |

## STATUS REPORT

Now comes the United States Department of Agriculture through its counsel and reports on the status of the above-captioned matter as follows:

1. The Defendant has received a Homeowner Assistance Fund (HAF) grant, which resulted in the reinstatement of the account. The parties have conferred and are in agreement that a Motion to Dismiss will be filed with the Court.

2. Additionally, the Homeowner has requested further information regarding the availability of any Moratorium options, as well as a detailed breakdown of the fees and costs included in the HAF-funded reinstatement. The United States Department of Agriculture (USDA) has agreed to provide this information via email to both the Homeowner and the Housing Counselor within two weeks.

Dated this September 17, 2025.

/s/ *Kevin J. Crosman*
Kevin J. Crosman, Bar No. 4279

Attorney for Plaintiff

JENSEN BAIRD  
Ten Free Street  
PO Box 4510  
Portland, Maine 04112-4510  
(207) 775-7271  
kcrosman@jensenbaird.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2025, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

The following parties were notified by First Class Mail, Postage Pre-Paid:

Jennifer Noyes  
99 Longwoods Road  
Falmouth, ME 04105

    Dated at Portland, Maine, this September 17, 2025.

/s/ *Kevin J. Crosman*  
_____  
Kevin J. Crosman, Bar No. 4279  
Attorney for Plaintiff